IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PETER ALEXANDER SORIA,

              Plaintiff(s),

    v.

FACEBOOK INC., et al.,

             Defendant(s).

Civil No. 02:21-cv-00998-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that Plaintiff's Motion for Voluntary Dismissal of Case [14] is GRANTED and this action is DISMISSED. Pending motions, if any, are DENIED AS MOOT.

Dated this 17th day of August, 2021.

                    by   /s/ Jolie A. Russo
                          Jolie A. Russo
                          United States Magistrate Judge